# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal File No. 15-CR-187 (SRN/DTS) |
| Plaintiff, | |
| v. | ORDER |
| Erik Becerra, a/k/a Christopher Turner, | |
| Defendant. | |

Erick Becerra, Sherburne County Jail, 13880 Business Center Dr., Suite 200, Elk River, MN 55330, *pro se*

Bradley M. Endicott, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Manvir K. Atwal, Office of the Federal Defender, 300 South Fourth Street, Suite 107, Minneapolis MN 55415, for Defendant

SUSAN RICHARD NELSON, United States District Judge

Before the Court is Defendant Erik Becerra's self-styled "Motion to Amend and Join Objections of Sentencing Hearing Findings" [Doc. No. 185], filed *pro se*. Prior to the filing of this motion, on the same day, Becerra also filed a *Pro Se* Notice of Appeal [Doc. No. 181]. Because the Court has previously considered the arguments raised in Becerra's *pro se* motion, and because of the prior filing of his appeal, the Court finds that the issues raised in his motion may properly be considered part of Becerra's appeal. Accordingly, Becerra's *Pro Se* Motion to Amend and Join Objections of Sentencing Hearing Findings [Doc. No. 185] is **DENIED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Dated: August 20, 2018            s/Susan Richard Nelson
                                  SUSAN RICHARD NELSON
                                  United States District Judge